```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                         CASE NO. 07 B 06957
     DAVID W ANDERSON
     DONNA SUE ANDERSON                          CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

             Debtor
     SSN XXX-XX-0121      SSN XXX-XX-1847
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/17/07 .

   2.  The case was dismissed without confirmation, 10/26/2007.

   3.  The Debtor paid a total of $   1850.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | .00 | .00 | .00 |
| GATEWAY FINANCIAL | SECURED VEHIC | NOT FILED | .00 | 675.00 |
| AMALGAMATED BANK | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GASTROINTESTINAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| GMAC FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JAMES A KAMIDE | SECURED | NOT FILED | .00 | .00 |
| MCM | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTORS | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID              675.00            .00            .00            .00        675.00
INTEREST PAID                  .00            .00            .00            .00           .00
TOTAL PAID                  675.00            .00            .00            .00        675.00
```

The Debtor's attorney, RICHARD S BASS                    , was allowed $    2900.00
and was paid $     500.00   direct and $    1104.93   through the plan.

The Trustee received $      70.07 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/14/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 06957 DAVID W ANDERSON & DONNA SUE ANDERSON